**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, G.V.M., INC. AND CARDELL DEYUN BOOKER, Appellants**

**V.**

**HERRING BANK, ET AL., Appellees**

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15858

## ORDER

Before the Court is J. Wayne Johnson's September 5, 2014 first unopposed motion for extension of time to file brief. The motion is filed on behalf of Mr. Johnson himself as well as on behalf of God's Tabernacle of Deliverance, G.V.M., Inc. and Cardell Deyun Booker. Because Mr. Johnson is not an attorney, as he admits in his motion, he cannot represent his co-appellants. *See Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App.--Waco 2006, order); *see also Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1997) ( per curiam) ("Generally, a corporation may be represented only by a licensed attorney."). Accordingly, we **ORDER** God's Tabernacle and Mr. Booker to notify the Court, within thirty

days of the date of this order, of the name, state bar number, address, and telephone number of counsel. Failure to do so will result in dismissal of their appeal.

On our own motion, we **GRANT** appellants an extension of time to file their briefs, which are currently overdue, and **ORDER** the briefs be filed no later than October 31, 2014. We **DENY** Mr. Johnson's September 5th motion as moot.


/s/  ELIZABETH LANG-MIERS
    JUSTICE